IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAKA S. MUHAMMAD,

      Plaintiff,                      No. 2:10-cv-2726 KJN P

     vs.

DAWN LOREY, et al.,

      Defendants.              ORDER

_____/

        Plaintiff is a state prisoner proceeding without counsel. Plaintiff has consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). On December 3, 2010, this court found plaintiff is barred from proceeding in forma pauperis under the three strikes provision of 28 U.S.C. § 1915(g). (Dkt. No. 8.) Plaintiff was also ordered to pay the filing fee in full within twenty-eight days, and was cautioned that failure to do so would result in a recommendation that this action be dismissed. (Id.) Twenty-eight days have now passed and plaintiff has not paid the filing fee or otherwise responded to the court's order. Therefore, based

////

////

////

////

1  on plaintiff's failure to pay the filing fee in full, IT IS HEREBY ORDERED that this action is
2  dismissed without prejudice.  Fed. R. Civ. P. 41(b).
3  DATED: January 12, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

6  muha2726.fpf